IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

    Plaintiff,

vs.                                  Case No. 12-10140-02-JTM

Diego Beltran Vega,

    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on the defendant's Motion for Sentence Relief (Dkt. 321), premised on the Non-Violent Offenders Relief Act of 2003, H.R. 3575. This Act, however, was not passed into law, and the court accordingly denies the requested modification of the defendant's release date. *See United States v. Lara-Nausa*, 2011 WL 2610559, *1 (S.D.N.Y. June 21, 2011) (because H.R. 3575 "is not a validly enacted federal law, but a bill on which neither house of the U.S. Congress voted ... the Court lacks authority to grant the motion").

IT IS SO ORDERED this 15th day of March, 2016.

                                                           ___s/ J. Thomas Marten_____
                                                           J. THOMAS MARTEN, JUDGE